1
2
3
4
5

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIDIIA IVANOVNA KRUTINA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER B. HIGGINS, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-0213-RSM <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties Stipulated Motion to Dismiss. Dkt. #6. The Court finds this case is now moot and the parties have stipulated to dismissal pursuant to Rule 41(a), also submitting a proposed order for the Court to sign.

//

//

ORDER TO HOLD CASE IN ABEYANCE - 1

Accordingly, the Court hereby FINDS and ORDERS that the case is DISMISSED. This case is CLOSED.

DATED this 3rd day of September, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE